COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Raymond Etheridge v. Northgate Vertical LP d/b/a Cressent North Point Apartments

Appellate case number:    01-21-00595-CV

Trial court case number:  1159899

Trial court:           County Civil Court at Law No. 4 of Harris County

On March 11, 2022, Appellant Raymond Ethridge filed a Motion to Correct the Reporter's Record. In his motion, Appellant asserts that on page 4, line 18 of the reporter's record of the August 3, 2021 hearing on Appellee Northgate Vertical LP d/b/a Cressent North Point Apartments' motion for summary judgment, a remark made by Appellee's counsel was attributed to Appellant's counsel in error. The context of the statement—specifically, the trial court's comments immediately before and after the statement— and the content of the statement indicate Appellant is correct. In addition, the certificate of conference in Appellant's motion indicates Appellee is unopposed to the motion to correct the reporter's record.

Texas Rule of Appellate Procedure 34.6(e)(1) states:

Correction of Inaccuracies by Agreement. The parties may agree to correct an inaccuracy in the reporter's record, including an exhibit, without the court reporter's recertification.

TEX. R. APP. P. 34.6(e)(1). Appellant and Appellee are **ordered** to advise the Court within seven days of this order whether they will agree pursuant to Rule 34.6(e)(1) to correct the identified error on page 4, line 18 of the reporter's record of the August 3, 2021 summary judgment hearing.

It is so ORDERED.

Judge's signature: <u>/s/ Veronica Rivas-Molloy</u>
Acting individually

Date: <u>April 7, 2022</u>